UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-cr-246-T-30EAJ

MICHAEL PETITE

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Final Judgment of Forfeiture (Doc. 47), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(c)(2), for the following:

    a.    A Taurus International 415, .41 caliber revolver, Serial Number: UB869974; and

    b.    5 rounds of Remington .41 caliber ammunition.

The Court, being fully advised in the premises, hereby finds as follows.

1. On October 6, 2011, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture. (Doc. 26).

2. On October 18, 2011, Petite was sentenced, and the firearm and ammunition were was found subject to forfeiture and included in the Judgment. (Docs. 29, 32).

3. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the firearm and ammunition, on the official government website, www.forfeiture.gov, from October 7, 2011 through November 5, 2011. (Doc. 36). The publication gave notice to all third parties with a legal interest in the firearm and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd

Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

4. No person or entity other than Petite (whose interest was forfeited to the United States in the Preliminary Order of Forfeiture) is known to have an interest in the firearm and ammunition. No other third party has filed a petition or claimed an interest in the firearm and ammunition, and the time for filing such petition has expired. Thus, any third-party interest in the firearm and ammunition is now barred.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 47) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the firearm and ammunition is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(c)(2), for disposition according to law.

Clear title to the firearm and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on December 9, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Even\2011\11-cr-246.forfeiture47.wpd

2